citations omitted). Because Ribeyro failed to meet the lower standard of eligibility for asylum, substantial evidence supports the denial by the BIA of withholding of removal. We conclude that Ribeyro failed to meet his burden to show that it was more likely than not that his life or freedom would be threatened on account of any protected ground.

## III. CONCLUSION

Based on the foregoing, we deny Ribeyro's petition for review.

**PETITION DENIED**

Before BIRCH, DUBINA and BARKETT, Circuit Judges.

PER CURIAM:

Susan L. Brach, appointed counsel for Jerrod Brown in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Brown's conviction and sentence are AFFIRMED.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jerrod BROWN, Defendant–Appellant.**

No. 04–15348
Non–Argument Calendar.
D.C. Docket No. 04–00111–CR–4.

United States Court of Appeals,
Eleventh Circuit.

Aug. 30, 2005.

Susan L. Brach, Hilton Head, SC, for Defendant-Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff-Appellee.

In re: **EAST COAST BEVERAGE CORP., Debtor.**

**Gary J. Rotella & Associates, P.A., Plaintiff–Appellant,**

v.

**East Coast Beverage Corp., Defendant–Appellee.**

No. 04–14697
D.C. Docket No. 04–60360–CV–JIC.
BKCY No. 02–22675–BKC–PG.

United States Court of Appeals,
Eleventh Circuit.

Aug. 30, 2005.

Gary J. Rotella, Gary J. Rotella & Associates, Fort Lauderdale, FL, pro se.